UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DEL VILLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-1135 (RMC) |
| ) | |
| FLYNN ARCHITECTURAL FINISHES, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Opinion filed simultaneously with this Order, it is

**ORDERED** that Plaintiff's claim under the D.C. Wage Payment and Collection Law is **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that judgment is entered in favor of the Defendants on Count II of the Complaint.

This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: September 28, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge